IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JANET L. KIRBY,<br><br>                      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>                      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:12-cv-00272-CW-BCW<br><br>Judge Clark Waddoups |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 11.) On December 2, 2013, Judge Wells issued a Report and Recommendation recommending that the court affirm the Commissioner's decision, as set forth in the Administrative Law Judge's February 25, 2011 decision, that Ms. Kirby is not disabled. (Dkt. No. 23.) Plaintiff failed to file an Objection or other response to Judge Wells' Report and Recommendation within the permitted timeframe.

      Accordingly, and upon a *de novo* review of the Judge Wells' findings, the court APPROVES AND ADOPTS Judge Wells' Report and Recommendation (Dkt. No. 23) in its entirety. This case is therefore closed.

SO ORDERED this 1st day of April, 2014.

                                          BY THE COURT:

                                          _____
                                          Clark Waddoups
                                          United States District Judge